UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORM VONGPHOSY,<br><br>            Petitioner,<br><br>   v.<br><br>DEPARTMENT OF IMMIGRATION CUSTOMS ENFORCEMENT,<br><br>            Respondent. | No.  2:21-mc-0001-KJM-CKD PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

      Petitioner proceeds pro se in this action, which was referred to the undersigned pursuant to Local Rule 302(c)(3). See 28 U.S.C. § 636(b)(1). By this action, petitioner sought to change his birthdate on his certificate of naturalization. In an order signed on May 5, 2021, the court dismissed the amended petition to change a court-issued certificate of naturalization (ECF No. 3) and granted petitioner leave to file a further amended petition that would establish this court's jurisdiction. Petitioner was granted thirty days to file a second amended petition.

      The time granted for the filing of a second amended petition has expired and petitioner has neither filed a second amended petition nor sought an extension of time to do so.

      Accordingly, IT IS RECOMMENDED:

      1.    This action be dismissed without prejudice for failure to prosecute and with a specification that the dismissal does not operate as an adjudication on the merits; and

      2.      The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 9, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Vongphosy.21mc0001.fta